MICHAEL BYRNES, Respondent, *v.* RAYMOND A. BALCOM, Appellant.

Argued March 9, 1943; decided April 15, 1943.

*C. E. Fitzgerald* and *Francis W. McGinley* for appellant.
*Walter A. Fullerton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.